UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MONIKA FENYVESI,

    Plaintiff,

v.                                                       Case No. 8:19-cv-3026-TPB-JSS

SUNCOAST MOTEL AND
APARTMENTS, INC.,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on the report of Julie S. Sneed, United States Magistrate Judge, entered on May 11, 2022. (Doc. 55). Judge Sneed recommends that Defendant's "Motion to Tax Costs" against Defendant Metro Solutions, LLC (Doc. 51) be denied without prejudice and with leave to re-file the motion within thirty days of the entry of a mandate by the Eleventh Circuit Court of Appeals on Plaintiff's pending appeal. Plaintiff filed an objection to the report, entered on May 13, 2022. (Doc. 56).

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the

[report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C).

After careful consideration of the record, including Judge Sneed's report and recommendation, as well as the objections thereto, the Court overrules the objections and adopts the report and recommendation. The Court agrees with Judge Sneed's detailed and well-reasoned findings and conclusions., and the objections do not provide a basis for rejecting the report and recommendation.

It is therefore

**ORDERED**, **ADJUDGED**, and **DECREED**:

1. The report and recommendation (Doc. 55) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

2. Defendant's "Motion to Tax Costs" (Doc. 51) is **DENIED** without prejudice and with leave to re-file within thirty days of the entry of a mandate by the Eleventh Circuit Court of Appeals on Plaintiff's pending appeal.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 8th day of June, 2022.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**