UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MONIKA FENYVESI,

    Plaintiff,

v.                                                     Case No. 8:19-cv-3026-TPB-JSS

SUNCOAST MOTEL AND
APARTMENTS, INC.,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

    This matter is before the Court on the report and recommendation of United States Magistrate Judge Julie S. Sneed, entered on June 9, 2023.  (Doc. 65).  Judge Sneed recommends that "Defendant Suncoast Motel and Apartments' Amended Motion for Costs" (Doc. 62) be construed as a bill of costs and referred to the Clerk for further action.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982).  A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made."  28 U.S.C. § 636(b)(1)(C).  When no objection is filed, a court reviews the report and

recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Sneed's report and recommendation, the Court adopts the report and recommendation in all respects. The Court agrees with Judge Sneed's detailed and well-reasoned factual findings and legal conclusions.

Accordingly, it is **ORDERED**, **ADJUDGED**, and **DECREED**:

1. The report and recommendation (Doc. 65) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.
2. "Defendant Suncoast Motel and Apartments' Amended Motion for Costs" (Doc. 62) is construed as a bill of costs and referred to the Clerk for further action.
3. Upon action by the Clerk, Plaintiff may object and seek further relief within the period referenced in Rule 54(d)(1).
4. The Clerk is directed to terminate the Motion (Doc. 62).

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 26th day of June, 2023.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**